THE STATE OF OHIO, APPELLANT, *v.* CALHOUN, APPELLEE.

[Cite as *State v. Calhoun*, 127 Ohio St.3d 1201, 2010-Ohio-4981.]

*Appeal dismissed as improvidently accepted.*

(No. 2009-2324 — Submitted September 29, 2010 — Decided October 19, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 92103,

2009-Ohio-6097.

———————————

**{¶ 1}** The cause is dismissed, sua sponte, as having been improvidently accepted.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————————

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellee.

———————————